UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAVIER CASTILLO MARADIAGA,

                Petitioner,

-v.-

THOMAS DECKER, *in his official capacity as District Director of New York, Immigration and Customs Enforcement*; ALEJANDRO MAYORKAS, *in his official capacity as Secretary, U.S. Department of Homeland Security*; TAE JOHNSON, *in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*; and MERRICK B. GARLAND, *in his official capacity as Attorney General, U.S. Department of Justice*,

                Respondents.

21 Civ. 842 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

The Court has been notified that the parties have filed a stipulation withdrawing the appeal to the United States Court of Appeals for the Second Circuit. The parties are directed to file a joint letter on or before **August 27, 2021**, notifying the Court of the status of Petitioner's renewed DACA application and his motion to reopen before the Board of Immigration Appeals, and providing any other information as may be relevant to next steps in this case.

    SO ORDERED.

Dated:    August 13, 2021
               New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge